# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 2, 2023
Lyle W. Cayce
Clerk

No. 17-60836

___

Texas Association of Manufacturers; Texas Chemical Council; Texas Association of Business; National Association of Manufacturers; American Chemistry Council,

*Petitioners,*

*versus*

United States Consumer Product Safety Commission,

*Respondent.*

___

Petition for Review from an Order of the
Consumer Products Safety Comm
Agency No. 82 Fed. Reg. 49938

___

UNPUBLISHED ORDER

Before Richman, *Chief Judge*, and Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Respondent's unopposed motion to dismiss the petition for review is GRANTED.